UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

RICHARD BARBO, et al　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 3:07CV-14-S

THE KROGER CO., et al　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## MEMORANDUM OPINION AND ORDER

The plaintiffs have moved for reconsideration of this court's order of August 14, 2007, granting summary judgment to defendant, Zenith Logistics, Inc.

The parties have fully brief the issue of reconsideration.

Upon review, the court believes that its ruling was sound, and made upon the materials which were then of record. The plaintiffs claim that they wish to have additional discovery to test an affidavit which was filed with Zenith's motion. However, the plaintiffs, in their response to Zenith's motion, did not invoke the procedures available to them under FED. R. CIV. P. 56(f). Accordingly, summary judgment in favor of Zenith Logistics, Inc. was fully appropriate.

The motion for reconsideration is **DENIED**.

**IT IS SO ORDERED** this

cc:　　　Counsel of Record